**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-7557**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

OSCAR ANTONIO GRANDE, a/k/a Pantera,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:04-cr-00283-GBL)

Submitted: December 14, 2006          Decided:  December 21, 2006

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Oscar Antonio Grande, Appellant Pro Se. Ronald Leonard Walutes, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar Antonio Grande appeals from the district court's orders denying his motion to extend the appeal period in his criminal case. In criminal cases, the defendant must file the notice of appeal within ten days after the entry of judgment. Fed. R. App. P. 4(b)(1)(A). With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to thirty days to file a notice of appeal. Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985).

The district court entered judgment against Grande on September 12, 2005. Grande filed a "Motion for Delayed Appeal and Appointment of Counsel" on April 30, 2006, and a "Motion of Leave to File Late Defendant's Notice of Appeal Nunc Pro Tunc" on June 30, 2006. Because Grande failed to file a motion or otherwise obtain an extension of the appeal period, the district court denied his motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Grande, No. 1:04-cr-00283-GBL (E.D. Va. filed May 22, 2006 & entered May 23, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED